

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-14-00473-CV

**ARC PARKLANE, INC.** d/b/a Parklane West Healthcare Center,
Appellants

v.

Belen **BETTS**, Individually, and as Executrix of the Estate of Delbert Betts, Deceased, and
Shirle Betts, and Dana Gibson,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10178
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant has filed an unopposed motion to abate this appeal because the issue presented in this appeal is the same issue previously decided by this court and now pending before the Texas Supreme Court in *Fredericksburg Care Co. L.P. v. Perez*, 406 S.W.3d 313, pet. granted). We **grant** the motion. For administrative purposes, this appeal will be treated as a closed case unless and until a motion to reinstate is filed and granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court